**Tina M. LYMER; William J. Lymer, Plaintiffs-Appellants,**

v.

**The CITY OF CLARKSBURG, a West Virginia Municipal Corporation, Defendant-Appellee.**

No. 17-1452

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Steven Brett Offutt, LAW OFFICE OF BRETT OFFUTT, Harpers Ferry, West

Virginia, for Appellants. Keith C. Gamble, Kenneth L. Hopper, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tina and William Lymer appeal the district court's order dismissing their civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lymer v. City of Clarksburg*, No. 1:15-cv-00136-IMK, 2017 WL 958107 (N.D.W. Va. Mar. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*